UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

John Halloran,                                                                   Civil No. 06-862 JMR/AJB

           Petitioner,

v.

                                                                      **ORDER**

R.L. Morrison,

           Respondent.

       Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 14, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that John Halloran's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **granted**. [Docket No. 1]. The Bureau of Prisons shall promptly conduct an individualized review of petitioner's CCC eligibility. It is **further ordered** that petitioner Halloran's motion to consolidate [Docket No. 3] is **denied as moot**.

Dated: May 8, 2006

                                                       s/James M. Rosenbaum
                                                       James M. Rosenbaum
                                                       United States District Court Chief Judge